■ ELLA WOODLEY et al., as Members of Local 420, American Federation of State, County and Municipal Employees, on Behalf of Themselves and All Others Similarly Situated, Respondents, v JAMES BUTLER et al., as Elected Officers of Local 420, American Federation of State, County and Municipal Employees, Appellants.—Appeal from the order, Supreme Court, New York County, entered on November 2, 1979, dismissed as moot, without costs and without disbursements, an amended complaint having been served herein. Were we not dismissing, we would affirm on the opinion of Stecher, J., at Special Term. Concur—Birns, J. P., Fein, Sandler and Markewich, JJ.; Bloom, J., concurs in the result only. No opinion. [101 Misc 2d 670.]

■ In the Matter of DESHEAN I., a Child Alleged to Be Neglected. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent; SUSAN B., Appellant.—Order, Family Court, Bronx County, entered on March 2, 1978, unanimously affirmed, without costs and without disbursements. Appellant's assigned counsel's motion for leave to withdraw as such counsel is granted, without costs and without prejudice to such application as respondent-appellant may be advised to make in Family Court with respect to the future custody of the child. No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Bloom, JJ.

■ MOLLIE L. WOOD, Appellant, v GARLAND E. WOOD, Respondent.— Order, Supreme Court, New York County, entered on August 21, 1979, unanimously affirmed, without costs and without disbursements. The appeal from the order, entered May 23, 1979, is dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

## (May 13, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DENTI, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 18, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Yesawich, JJ.